### JOSEPHSON v. HEBREW GEMILATH CHASSODIM ASS'N.

(Supreme Court, Appellate Term. May 27, 1909.)

COURTS (§ 189*)—MUNICIPAL COURTS—DISMISSAL.
    Under Municipal Court Act (Laws 1902, p. 1561, c. 580) § 248, requiring rendition of judgment of dismissal where plaintiff voluntarily discontinues the action before it is finally submitted, it was error, where plaintiff, before final submission of the action, asked leave to discontinue, to render judgment for defendant.
    [Ed. Note.—For other cases, see Courts, Dec. Dig. § 189.*]

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by Michael Josephson against the Hebrew Gemilath Chassodim Association. Judgment for defendant, and plaintiff appeals. Reversed.

Argued before DAYTON, SEABURY, and LEHMAN, JJ.

Adolph Waxenbaum, for appellant.

Isidore Hirshfield, for respondent.

SEABURY, J. The judgment rendered in this action must be reversed, because, before the case was finally submitted, the plaintiff asked leave to discontinue the action, and this request was denied by the court, and an exception duly taken by counsel for the plaintiff. Municipal Court Act (Laws 1902, p. 1561, c. 580) § 248.

Judgment reversed, with costs to the appellant, and the complaint dismissed, with costs to defendant in the court below, without prejudice to a new trial. All concur.